**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| FE DEMOLITION AND REMEDIATION, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEW MILL CAPITAL HOLDINGS, LLC; 1200 NORTH LOGAN, LLC; FIRST UNITED BANK AND TRUST COMPANY; UNKNOWN OWNERS, NON-RECORD CLAIMANTS, AND UNKNOWN NECESSARY PARTIES,<br><br>    Defendants. | Case No. 3:21-CV-3088 |

**DEFENDANT NEW MILL CAPITAL
HOLDINGS, LLC'S MOTION TO DISMISS SECOND
AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF**

Defendant New Mill Capital Holdings, LLC, by and through its undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves the Court for an order dismissing Count IV of the Second Amended Complaint. Count IV—for breach of an alleged contract for demolition work—is the sole count asserted against New Mill in this action. As explained more fully in New Mill's Memorandum of Law in Support of its Motion to Dismiss, which is incorporated herein by reference, Count IV fails to state a claim for relief because the document that Plaintiff asserts is a contract is, by its very terms, an unenforceable "agreement to agree" and lacks the necessary elements to be deemed a contract.

WHEREFORE, New Mill respectfully requests that the Court (1) grant New Mill's motion to dismiss Count IV of the Second Amended Complaint; (2) dismiss Count IV with prejudice; and (3) award New Mill all further relief to which it is entitled.

Dated: June 11, 2021.

Respectfully submitted,

**POLSINELLI PC**

By: */s/ Britton L. St. Onge*
    Rodney L. Lewis
    150 N. Riverside Plaza, Suite 3000
    Chicago, IL 60606
    Telephone: (312) 819-1900
    Facsimile: (312) 819-1910
    rodneylewis@polsinelli.com

    Britton L. St. Onge
    100 S. Fourth Street, Suite 1000
    St. Louis, MO 63102
    Telephone: (314) 889-8000
    Facsimile: (314) 231-1776
    bstonge@polsinelli.com

    *Attorneys for Defendant New Mill Capital Holdings, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, a true and correct copy of the foregoing was served upon the following counsel of record through the Court's CM/ECF system:

John M. Riccione
jriccione@taftlaw.com
Adam W. Decker
adecker@taftlaw.com
Taft Stenninius & Hollister, LLP
111 W. Wacker Dr., Suite 2800
Chicago, Illinois 60601

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Britton L. St. Onge*

78445413